# Notice Recipients

District/Off: 0207−1　　　User: frandazzo　　　Date Created: 7/12/2016
Case: 1−16−41229−nhl　　　Form ID: 318DF7　　　Total: 33

**Recipients of Notice of Electronic Filing:**
tr　　Alan Nisselson　　anisselson@windelsmarx.com
aty　　Kevin B Zazzera　　kzazz007@yahoo.com

　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　　Laura Jean Sammarco　　380 Colony Ave　　Staten Island, NY 10306
smg　　　NYS Department of Taxation & Finance　　Bankruptcy Unit　　PO Box 5300　　Albany, NY 12205
smg　　　NYC Department of Finance　　345 Adams Street　　Office of Legal Affairs　　Brooklyn, NY 11201−3719
smg　　　NYS Unemployment Insurance　　Attn: Insolvency Unit　　Bldg. #12, Room 256　　Albany, NY 12240
smg　　　Office of the United States Trustee　　Eastern District of NY (Brooklyn Office)　　U.S. Federal Office Building　　201 Varick Street, Suite 1006　　New York, NY 10014
8768156　　ACI　　2420 Sweet Home Road, Ste 150　　Amherst, NY 14228
8768157　　Capital One Bank Usa N　　15000 Capital One Dr　　Richmond, VA 23238
8768158　　Chld/cbna　　Po Box 6497　　Sioux Falls, SD 57117
8768159　　Comenity−Express　　P O Box 659728　　San Antonio, TX 78265
8768160　　Comenity−Mandee　　P O Box 659584　　San Antonio, TX 78265
8768161　　Comenity−New York & Company　　P O Box 659728　　San Antonio, TX 78265
8768162　　Comenty−Victoria Secret　　P O Box 659728　　San Anronio, TX 78265
8768163　　Creditonebnk　　Po Box 98875　　Las Vegas, NV 89193
8768164　　Dell Preferred Account　　P O Box 6403　　Carol Stream, IL 60197
8768165　　Discoverbank　　Pob 15316　　Wilmington, DE 19850
8768166　　Ditech Financial LLC　　Pv O Box 6172　　Rapid City, SD 57709
8768167　　Dsnb Macys　　911 Duke Blvd　　Mason, OH 45040
8768168　　Forster & Garbus　　60 Motor Parkway　　Commack, NY 11725
8768169　　Kohl's　　P O Box 2983　　Milwaukee, WI 53201
8768170　　Kohls/capone　　N56 W 17000 Ridgewood Dr　　Menomonee Falls, WI 53051
8768171　　Ludwig Licciardi MD PC　　9020 5th Ave　　Brooklyn, NY 11209
8768172　　Midland Funding　　2365 Northside Dr Ste 30　　San Diego, CA 92108
8768174　　Patricia C McCornmack MD PC　　P O Box 1212　　Clifton, NJ 07012
8768173　　Patricia C McCornmack MD PC　　P O Box 1212 Nationwide Medical Billing　　Clofton, NJ 07012
8768175　　Portfolio Recovery Ass　　120 Corporate Blvd Ste 1　　Norfolk, VA 23502
8768176　　Rymr And Flnign　　Cscl Dispute Team　　Des Moines, IA 50306
8768177　　Sears/cbna　　Po Box 6189　　Sioux Falls, SD 57117
8768178　　Standup MRI Od Staten Island　　P O Box 127　　Farmingdale, NY 11735
8768179　　Staten Island University Hospital　　P O Box 29772　　New York, NY 10087
8768180　　The Children's Place Plan　　P O Box 183015　　Columbus, OH 43218
8768181　　Walmart/GECRB　　P O Box 530927　　Atlanta, GA 30353

　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 31